No. 90–8147.  CARBALLEA v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 90–8149.  RAINEY v. KERBY, WARDEN.  C. A. 10th Cir.
Certiorari denied.

No. 90–8150.  SMITH v. ARIZONA.  Sup. Ct. Ariz.  Certiorari
denied.

No. 90–8152.  TAPIA v. TANSY, WARDEN.  C. A. 10th Cir.
Certiorari denied.

No. 90–8153.  PERKINS v. JAMAICA WATER SUPPLY CO.  C. A.
2d Cir.  Certiorari denied.

No. 90–8154.  BURGESS v. EVATT, COMMISSIONER, SOUTH
CAROLINA DEPARTMENT OF CORRECTION, ET AL.  C. A. 4th Cir.
Certiorari denied.

No. 90–8157.  PRETENCIO v. OFFICE OF PERSONNEL MANAGE-
MENT.  C. A. Fed. Cir.  Certiorari denied.

No. 90–8158.  WALKER v. DEEDS, WARDEN, ET AL.  C. A. 9th
Cir.  Certiorari denied.

No. 90–8160.  STANO v. SINGLETARY, SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari de-
nied.

No. 90–8161.  SHELBY v. BLACK, COMMISSIONER, MISSISSIPPI
DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 5th Cir.  Certio-
rari denied.

No. 90–8163.  GONZALEZ v. CALIFORNIA.  Sup. Ct. Cal.  Cer-
tiorari denied.

No. 90–8164.  HUNT v. MARYLAND.  Ct. App. Md.  Certiorari
denied.

No. 90–8165.  JACKSON v. OHIO.  Sup. Ct. Ohio.  Certiorari de-
nied.

No. 90–8169.  NORMAN, AKA KETCHUM v. DUNKLEBURG ET AL.
C. A. 5th Cir.  Certiorari denied.